```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :    No. 99 Cr. 997 (JFK)
     - against -                     :
                                     :         Order
MARTIN ARMSTRONG,                    :
                                     :
          Defendant.                 :
                                     :
------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

To the degree that Defendant's letters dated October 21, 2009, October 26, 2009, and November 12, 2009, amount to a motion for resentencing and transfer to home confinement, the motion is denied.

Defendant also moves for the appointment of a special master to control discovery. Defendant previously has made similar motions in an attempt to obtain Grant Jury minutes. He asserts that discovery must be provided to him pursuant to Brady v. Maryland, 373 U.S. 83, 87 (1963). As the Court noted in its orders denying Defendant's two previous motions, Defendant pleaded guilty and waived his right to discovery. The motion is denied.

**SO ORDERED.**

**Dated:    New York, New York**
          **November 19, 2009**

                                          JOHN F. KEENAN
                                     United States District Judge